Victoria Burnham et al., Appellees, v. Frank R. Cote et al., Appellees. Ralph Cotugno and N. Salvatori, Trading as Midwest Granite and Marble Works, Appellants.

Gen. No. 41,060.

Heard in second division, first district, this court at October term, 1939; opinion filed April 2, 1940. Irving Breakstone, for appellants; Feigen & Feigen, Harry S. Harned, C. Jerome Bisesi and West & Eckhart, for certain appellees; Arthur P. Feigen and John Neal Campbell, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''